IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Fulbright, Jesse | Case Number: 07 B 05607 |
|---|---|---|
| | Fulbright, Cynthia | Judge: Goldgar, A. Benjamin |
| | Printed: 7/29/08 | Filed: 3/29/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 17, 2008
Confirmed: June 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,759.27 |  |
| Secured: |  | 6,215.38 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,962.90 |
| Trustee Fee: |  | 580.99 |
| Other Funds: |  | 0.00 |
| Totals: | 10,759.27 | 10,759.27 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter L Berk Law Office | Administrative | 1,788.90 | 1,788.90 |
| 2. | Peter L Berk Law Office | Administrative | 2,174.00 | 2,174.00 |
| 3. | CitiFinancial | Secured | 0.00 | 0.00 |
| 4. | Orange Lake Country Club | Secured | 0.00 | 0.00 |
| 5. | Resurgent Capital Services | Secured | 0.00 | 0.00 |
| 6. | Orange Lake Country Club | Secured | 0.00 | 0.00 |
| 7. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 8. | C & W Asset Acquisition | Secured | 19,873.26 | 4,141.70 |
| 9. | Resurgent Capital Services | Secured | 4,045.53 | 412.24 |
| 10. | CitiFinancial | Secured | 16,304.74 | 1,661.44 |
| 11. | Illinois Dept of Revenue | Priority | 1,753.05 | 0.00 |
| 12. | Capital One | Unsecured | 1,896.94 | 0.00 |
| 13. | Household Bank FSB | Unsecured | 3,021.16 | 0.00 |
| 14. | Chase | Unsecured | 83,409.07 | 0.00 |
| 15. | First Northern Credit Union | Unsecured | 3,420.26 | 0.00 |
| 16. | B-Real LLC | Unsecured | 870.37 | 0.00 |
| 17. | Premier Bankcard | Unsecured | 823.99 | 0.00 |
| 18. | American Express Centurion | Unsecured | 3,548.29 | 0.00 |
| 19. | Illinois Dept of Revenue | Unsecured | 492.60 | 0.00 |
| 20. | Portfolio Recovery Associates | Unsecured | 3,235.36 | 0.00 |
| 21. | American Express Travel Relate | Unsecured | 5,708.01 | 0.00 |
| 22. | Computer Credit Service Corp | Unsecured |  | No Claim Filed |
| | | | $ 152,365.53 | $ 10,178.28 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Fulbright, Jesse
Fulbright, Cynthia
Printed: 7/29/08

Case Number:  07 B 05607
Judge:  Goldgar, A. Benjamin
Filed:  3/29/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 580.99 |
|  | _____ |
|  | $ 580.99 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

